UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 429

October 21, 2003

10:00 a.m.

*Held 4 1/2 hours.*

3-00-cv-1096   (SRU) Doe v UNUMProvident Corp
------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Ira B. Grudberg | Jacobs, Grudberg, Belt & Dow, P.C., 350 Orange St., Po Box 606, New Haven, CT 203-772-3100 |
| Jonathan Katz | Jacobs, Grudberg, Belt & Dow, P.C., 350 Orange St., Po Box 606, New Haven, CT 203-772-3100 |
| Erin K. O'Brien | Robinson & Cole, 280 Trumbull St., Hartford, CT 860-275-8200 |
| Trisha Morris Porto | Jacobs, Grudberg, Belt & Dow, P.C., 350 Orange St., Po Box 606, New Haven, CT 203-772-3100 |
| Theodore J. Tucci | Robinson & Cole, 280 Trumbull St., Hartford, CT 860-275-8200 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK