108

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
John Doe,
    Plaintiff

vs.                                            : Civil Action No.: 3:00 CV-01096(SRU)

UNUMProvident Corporation f/k/a
Provident Companies, Inc.,
The Paul Revere Life Insurance Company,
Provident Life and Accident Insurance
Company of America
and John Hancock Mutual Life Insurance
Company,
    Defendants
---------------------------------------------------------x September 25, 2003

MOTION TO AMEND WITNESS LIST

Pursuant to the court's Pretrial Order plaintiff moves for permission to amend his witness list to add two additional fact witnesses (non-experts) whom he may call in this matter, as follows:

    1. Linda Nee, 60 Hicks Road, West Newfield Maine 04095

Linda Nee is a former claims representative ("Customer Care Specialist") employed by UNUM Life, and subsequently by the UNUMProvident companies from approximately 1994 to 2002. She rose through the ranks of defendants' claims representatives positions to the level of Lead Customer Care Specialist and worked with psychiatric claims and the so-called "psych unit." She has personal knowledge of defendants' claims handling practices including their implementation and use of a pattern and practice of strategies to deny claims. She has personal knowledge of Ralph Mohney's involvement in implementing these strategies. These strategies included the use of round-table procedures including so called "multi disciplinary round tables" to implement denials of claims. It is anticipated that she will testify concerning her experiences and observations as a claims representative employed by defendants.

    2. Thomas Basden Heys c/o UNUMProvident Corportation, Chattanooga, TN

GRANTED; ABSENT OBJECTION.
SO ORDERED /s/ Stefan R. Underhill, U.S.D.J. 10/28/03