UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Follow-up Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 12, 2004
2:30 p.m.

*Held*
*7 hours*

CASE NO. 3:00cv1096 (SRU)    Doe v UNUM

Ira B. Grudberg
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St., Po Box 606
New Haven, CT 06503-0001

\*THE PREVIOUSLY ISSUED
SETTLEMENT ORDER BY JUDGE
GARFINKEL REMAINS IN EFFECT.

Jonathan S. Katz
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St., Po Box 606
New Haven, CT 06503-0001

THANKS.

Erin O'Brien Choquette
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Trisha Morris Porto
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St., Po Box 606
New Haven, CT 06503-0001

Alinor Clemans Sterling
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St., Po Box 606
New Haven, CT 06503-0001

Theodore J. Tucci
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK