FILED

2004 FEB -3  P 12: 26

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------------x
John Doe,                                       :
     Plaintiff                                  :
                                                :
vs.                                             :  Civil Action No.: 3:00 CV-01096(SRU)
                                                :
UNUMProvident Corporation f/k/a                 :
Provident Companies, Inc.,                      :
The Paul Revere Life Insurance Company,         :
Provident Life and Accident Insurance           :
Company of America                              :
and John Hancock Mutual Life Insurance          :
Company,                                        :
     Defendants                                 :
------------------------------------------------x  February 2, 2004
```

## STIPULATION TO DISMISS

Pursuant to Federal Rules of Civil Procedure Rule 41(a) plaintiff and all defendants hereby stipulate and agree that this case may be dismissed, without costs and with prejudice.

THE PLAINTIFF,

By _____
Jonathan Katz (ct00182)
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503
Tel. (203) 772-3100
Fax. (203) 772-1691
jkatz@jacobslaw.com

DEFENDANTS,
UNUMPROVIDENT CORPORATION F/K/A
PROVIDENT COMPANIES, INC., THE PAUL
REVERE LIFE INSURANCE COMPANY,
PROVIDENT LIFE AND ACCIDENT INSURANCE
COMPANY OF AMERICA and JOHN HANCOCK
MUTUAL LIFE INSURANCE COMPANY,

By _____
Theodore J. Tucci (ct05249)
ttucci@rc.com
Erin O'Brien Choquette (ct18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860)275-8299

2

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 2nd day of February, 2004 to the following:

Jonathan Katz, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT  06503

                                                          _____
                                                              Theodore J. Tucci