APPROVED. The case is hereby dismissed with prejudice and without costs, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge
02/04/04

FILED

2004 FEB -3 P 12: 26

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
---------------------------------------------------x
John Doe,                                          :
        Plaintiff                                  :
                                                   :
vs.                                                :   Civil Action No.:  3:00 CV-01096(SRU)
                                                   :
UNUMProvident Corporation f/k/a                    :
Provident Companies, Inc.,                         :
The Paul Revere Life Insurance Company,            :
Provident Life and Accident Insurance             :
Company of America                                 :
and John Hancock Mutual Life Insurance            :
Company,                                           :
        Defendants                                 :
---------------------------------------------------x   February 2, 2004
```

## STIPULATION TO DISMISS

Pursuant to Federal Rules of Civil Procedure Rule 41(a) plaintiff and all defendants

hereby stipulate and agree that this case may be dismissed, without costs and with

prejudice.

THE PLAINTIFF,

By_____
Jonathan Katz (ct00182)
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503
Tel. (203) 772-3100
Fax. (203) 772-1691
jkatz@jacobslaw.com